1   Sara K. Montalvo, Esq., Nev. Bar No. 11899
    sara.montalvo@washoeschools.net
2   Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
    andrea.schulewitch@washoeschools.net
3   WASHOE COUNTY SCHOOL DISTRICT
    P.O. Box 30425
4   Reno, NV 89520-3425
    Telephone:  775-348-0300
5   Fax:  775-333-6010
    Attorneys for Defendants Washoe County School District,
6   Wendy Hawkins and Sean Hall

7                  UNITED STATES DISTRICT COURT

8              IN AND FOR THE DISTRICT OF NEVADA

9   RYLEE   JOHNSON,   individually;   and       CASE NO.: 3:22-cv-00520-LRH-CLB
    SIOBHAN JOHNSON, individually;

10
          Plaintiffs,                            **ORDER GRANTING
11                                               STIPULATION TO EXTEND
          vs.                                    TIME TO RESPOND TO FIRST
12                                               AMENDED COMPLAINT**
    WASHOE COUNTY SCHOOL DISTRICT,               **(First Request)**
13  a political subdivision of the State of Nevada;
    KATY UPTON, individually, and in her
14  official   capacity;  JASON  URMSTON,
    individually, and in his official capacity;
15  TAMMY HART, individually, and in her
    official   capacity;  WENDY  HAWKINS,
16  individually, and in her official capacity;
    SEAN HALL, individually, and in his official
17  capacity; and DOES I-X,

18        Defendants.
    _____/
19

20        COMES NOW, Plaintiffs Rylee Johnson and Siobhan Johnson (Plaintiffs) and Defendants

21  Washoe County School District, Wendy Hawkins, Sean Hall, and Katy Upon and, by and though

22  their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of

23  Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for all named Defendants

24  to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 4) to April 10,

1

*Washoe County School District*
*Office of the General Counsel*
*PO Box 30425*
*Reno, Nevada 89520-3425*
*Telephone: (775) 348-0300; Facsimile: (775) 333-6010*

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

1   2023 which is twenty-one days after the date the last named Defendant received service of process

2   of the Summons and First Amended Complaint. This Stipulation is based on the following:

3          1.      Plaintiffs served their First Amended Complaint upon Defendant Wendy Hawkins

4   on March 3, 2023.

5          2.      Plaintiffs served their First Amended Complaint upon Defendant Washoe County

6   School District on March 6, 2023.

7          3.      Plaintiffs served their First Amended Complaint upon Defendant Katy Upton on

8   March 6, 2023.

9          4.      Plaintiffs served their First Amended Complaint upon Defendant Sean Hall on

10  March 7, 2023.

11         5.      Plaintiffs served their First Amended Complaint upon Defendant Jason Urmston

12  on March 16, 2023.

13         6.      Plaintiffs served their First Amended Complaint upon Defendant Tammy Hart on

14  March 20, 2023.

15         7.      In order to limit multiple filings and preserve judicial and the parties' resources,

16  the parties hereby stipulate and agree to extend the deadline for all named Defendants to answer

17  or otherwise respond to Plaintiffs' First Amended Complaint to April 10, 2023 which is twenty-

18  one days after the date the last named Defendant received service of process of the Summons and

19  First Amended Complaint.

20         8.      This Stipulation is made in good faith and is not for the purposes of delay.

21  ///

22  ///

23  ///

24

2

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

1    9.    This is the Parties' first request for extension of the scheduled discovery deadlines.

2    DATED this 21st day of March, 2023.          DATED this 21st day of March, 2023.

3    THE BACH LAW FIRM, LLC                       WASHOE COUNTY SCHOOL DISTRICT
                                                  OFFICE OF THE GENERAL COUNSEL
4

5    By: /s/Jason J. Bach, Esq.                   By: /s/Sara K. Montalvo, Esq.
        Jason J. Bach, Esq.                          Sara K. Montalvo, Esq.
6       Nev. Bar No. 7984                            sara.montavlo@washoeschools.net
        jbach@bachlawfirm.com                        Andrea L. Schulewitch, Esq.
7       7881 Charleston Blvd., Suite 165             andrea.schulewitch@washoeschools.net
        Las Vegas, Nevada 89117                      P.O. Box 30425
8       Attorney for Plaintiffs                      Reno, Nevada 89520-3425
                                                     Attorneys for Defendants
9                                                    Washoe County School District, Wendy
                                                     Hawkins and Sean Hall
10

11   DATED this 21st day of March, 2023.

     THORNDAL, ARMSTRONG, DELK,
12   BALKENBUSH & EISINGER

13

14   By: /s/ Katherine F. Parks, Esq.
        Katherine F. Parks, Esq.
15      Nev. Bar No. 6227
        kfp@thorndal.com
16      P.O. Box 30425
        Reno, Nevada 89520-3425
17      Attorneys for Defendant Katy Upton

18       IT IS SO ORDERED:

19

20   DATED: March 22, 2023     _____
                               UNITED STATES MAGISTRATE JUDGE
21

22

23

24

3