UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYLEE JOHNSON, individually; and SIOBHAN JOHNSON, individually;<br><br>*Plaintiffs*,<br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; KATY UPTON, individually, and in her official capacity; JASON URMSTON, individually, and in his official capacity; TAMMY HART, individually, and in her official capacity; and WENDY HAWKINS, individually, and in her official capacity; SEAN HALL, individually, and in his official capacity, DOES I-X,<br><br>*Defendants*. | Case No.: 3:22-cv-00520-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT WASHOE COUNTY SCHOOL DISTRICT, JASON URMSTON, TAMMY HART, WENDY HAWKINS, AND SEAN HALL'S MOTION TO DISMISS [ECF NO. 16] AND TO EXTEND DEADLINES FOR DISTRICT DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION**<br><br>***(FIRST REQUEST)*** |

Plaintiffs Rylee Johnson and Siobhan Johnson ("Plaintiffs") and Defendants Washoe County School District ("WCSD" or the "District"), Jason Urmston, Tammy Hart, Wendy Hawkins, Sean Hall and Katy Upton (collectively, with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, that Plaintiffs shall have an additional fourteen (14) days, up to and including May 8, 2023, to file their Opposition to Defendant Washoe County School District, Jason Urmston, Tammy Hart, Wendy Hawkins, and Sean Hall's (collectively referred to as "District Defendants") Motion to Dismiss [ECF

- 1 -

No. 16], which was filed on April 10, 2023.  The Parties also stipulate and agree pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, that the District Defendants shall have an additional fourteen (14) days from the filing of Plaintiffs' Opposition, up to and including May 29, 2023, to file their Reply in Support of their Motion to Dismiss.

This Stipulation is based on the following:

1. Plaintiffs filed their First Amended Complaint on February 21, 2023 [Docket No. 4].

2. On March 21, 2023, counsel for the District Defendants filed their Stipulation and Order to Extend Time to Respond to Plaintiffs' First Amended Complaint [Docket No. 12].

3. On March 22, 2023, the Court issued an Order Granting the District Defendants Stipulation and Order to Extend Time to Respond to Plaintiffs' First Amended Complaint [Docket No. 15] up to and including April 10, 2023.

4. On April 10, 2023, the District Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint [Docket No. 16].

5. Also on April 10, 2023, Defendant Katy Upton filed her Answer to Plaintiffs' First Amended Complaint [Docket No. 17], Demand for Jury Trial [Docket No. 18] and Certificate of Interested Parties [Docket No. 19].

6. The current deadline for Plaintiffs to file their Opposition to the District Defendants' Motion to Dismiss is April 24, 2023, and the requested 14-day extension would make the new deadline be May 8, 2023.

7. District Defendants are also seeking a 14-day extension due to their lead counsel's maternity leave and are seeking an extension up to and including May 29, 2023, to file their Reply in Support of their Motion to Dismiss.

///

///

8. These extensions are the first request and are made in good faith and is not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated this 14th day of April, 2023.    Dated this 14th day of April, 2023.

**THE BACH LAW FIRM, LLC**           **WASHOE COUNTY SCHOOL DISTRICT OFFICE OF ATTORNEY GENERAL**

By: /s/ Jason J. Bach                By: /s/ Sara K. Montalvo
   Jason J. Bach                       Sara K. Montalvo
   Nevada Bar No. 7984                 Nevada Bar No. 11899
   7881 W. Charleston Blvd, Suite 165  Andrea L. Schulewitch
   Las Vegas, NV 89117                 Nevada Bar No. 15321
   Telephone: (702) 925-8787           P.O. Box 30425

   Email: jbach@bachlawfirm.com        Reno, Nevada 89520-3425
   *Attorney for Plaintiffs*           Emails: sara.montavlo@washoeschools.net
                                       andrea.schulewitch@washoeschools.net
                                       *Attorneys for Defendants*
                                       *Washoe County School District, Jason Urmston, Tammy Hart, Wendy Hawkins and Sean Hall*

Dated this 14th day of April, 2023.

**THORNDAL ARMSTRONG PC**

By: /s/ Katherine F. Parks
   Katherine F. Parks
   Nevada Bar No. 6227
   6590 S. McCarran Blvd., Suite B
   Reno, Nevada 89509
   Email: kfp@thorndal.com
   *Attorney for Defendant Katy Upton*

**ORDER**

**IT IS SO ORDERED.**

DATED this 17th day of April, 2023.    _____
                                                             LARRY R. HICKS
                                                             UNITED STATES DISTRICT JUDGE