**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RYLEE JOHNSON, individually; and SIOBHAN JOHNSON, individually;

    *Plaintiffs*,

v.

WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; KATY UPTON, individually, and in her official capacity; JASON URMSTON, individually, and in his official capacity; TAMMY HART, individually, and in her official capacity; and WENDY HAWKINS, individually, and in her official capacity; SEAN HALL, individually, and in his official capacity, DOES I-X,

    *Defendants*.

Case No.: 3:22-cv-00520-LRH-CLB

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED, by and between Plaintiffs Rylee Johnson and Siobhan Johnson ("Plaintiffs") and Defendants Washoe County School District ("WCSD" or the "District"), Jason Urmston, Tammy Hart, Wendy Hawkins, Sean Hall and Katy Upton (collectively, with Plaintiff, the "Parties"), by and through their respective counsel of record, that the parties agree as follows:

    1.    Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice;

    2.    Plaintiffs waive their right to appeal all claims previously dismissed with prejudice; and

- 1 -

3. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED this 15th day of February, 2024.  DATED this 15th day of February, 2024.

**THE BACH LAW FIRM, LLC**  **WASHOE COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL**

By: /s/ Jason J. Bach  
    Jason J. Bach  
    Nev. Bar No. 7984  
    jbach@bachlawfirm.com  
    7881 Charleston Blvd., Suite 165  
    Las Vegas, Nevada 89117  
    *Attorney for Plaintiffs*

By: /s/ Sara K. Montalvo  
    Andrea L. Schulewitch  
    Nev. Bar No. 15321  
    andrea.schulewitch@washoeschools.net  
    Sara K. Montalvo  
    Nev. Bar No. 11899  
    sara.montavlo@washoeschools.net  
    P.O. Box 30425  
    Reno, Nevada 89520-3425  
    *Attorneys for District Defendants*

DATED this 15th day of February, 2024

**THORNDAL ARMSTRONG PC**

By: /s/ Katherine F. Parks  
    Katherine F. Parks  
    Nev. Bar No. 6227  
    kfp@thorndal.com  
    6590 S. McCarran Blvd., Suite B |  
    Reno, NV 89509  
    *Attorney for Defendant Katy Upton*

## ORDER

Pursuant to the Stipulation between the parties, IT IS ORDERED that Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees and costs.

IT IS ORDERED that Plaintiffs waive their right to appeal all claims previously dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment accordingly, dismiss this action, and close this case.

IT IS SO ORDERED.

DATED this 16th day of February, 2024.

_____  
LARRY R. HICKS  
UNITED STATES DISTRICT JUDGE